

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00153-CV

Tina M. Allen **SOUZA**,
Appellant

v.

Heather Clement **TESSMER**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15319
Honorable Peter Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order denying Tina M. Allen Souza's motion to dismiss is AFFIRMED. Costs of this appeal are taxed against appellant.

SIGNED August 19, 2015.

Luz Elena D. Chapa, Justice